UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
J.M., et al.,                                                  :
                     Plaintiffs,     :
                                                              :
              -against-                                     :          21 Civ. 6958 (LGS)
                                                    :
UNITED HEALTHCARE INSURANCE, et al.,   :          ORDER
                                Defendants,   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on November 4, 2021, the initial pretrial conference was held to discuss whether discovery is needed in this case. It is hereby

      **ORDERED** that, by December 2, 2021, the parties shall file a joint proposed form of order as described at the conference.

Dated: November 4, 2021
       New York, New York