**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
J.M. and M.M.,

                Plaintiffs,

-against-                                       21 **CIVIL** 6958 (LGS)

                                                     **JUDGMENT**

UNITED HEALTHCARE INSURANCE,
UNITED BEHAVIORAL HEALTH, and the
CREDIT SUISSE SECURITIES (USA) LLC
GROUP HEALTH CARE PLAN,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2023, Defendants' motion for summary judgment is GRANTED and Plaintiffs' motion for summary judgment and request for oral argument are DENIED as moot; accordingly, the case is closed.

**Dated:** New York, New York

      September 29, 2023

                                                       **RUBY J. KRAJICK**
                                                           **Clerk of Court**

                        **BY:**      *K. Mango*

                                                          **Deputy Clerk**